IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES L. CARTER                                                                                    PLAINTIFF
ADC #138766

V.                                    NO.  4:08cv00367 WRW

MICHELE STRACENER, et al                                                              DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint in its entirety, with prejudice.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from its order and this judgment entered thereunder, would not be taken in good faith.

IT IS SO ORDERED this 20th day of May, 2008.


/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE